## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 66 WAL 2019

      Respondent                :

                             :   Petition for Allowance of Appeal from

                             :   the Order of the Commonwealth Court

      v.                    :

                             :

CHRISTOPHER MICHAEL STONE,    :

                             :

      Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of September, 2019, the Application for Leave to File Response to Answer to Petition for Allowance of Appeal and the Application to Appear as *Amici Curiae* are **GRANTED**, and the Petition for Allowance of Appeal is **DENIED**.